UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. LEE, et al.,<br><br>    Defendants. | No. 2:17-cv-0232 JAM CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. On October 09, 2018, plaintiff filed what the court construes as a motion for reconsideration of the court's finding that plaintiff did not adequately plead a claim plaintiff identifies as negligence arising under California law in his second amended complaint. Upon reconsideration, the court finds that the claim is adequately plead.

/////
/////
/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 17) is granted;

2. Plaintiff will be permitted to proceed on his claim arising under California law; and

3. In a separate order, the court will order that defendants Alvarez, Dinh, Lee, Matteson, Maurino, Arnold and Neuschmid be served with process.

Dated: October 16, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

witk0232.mfr

2