# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>Plaintiff,<br><br>v.<br><br>M. LEE, et al.,<br><br>Defendants. | No. 2:17-cv-0232 JAM CKD P<br><br><br><br>ORDER |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On October 17, 2018, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant L. Maurino was returned unserved because defendant could not be located by the California Department of Corrections and Rehabilitation. Plaintiff must provide an address where defendant Maurino can be served. If plaintiff cannot obtain an address, defendant Maurino will be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one blank summons, one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed February 6, 2018;

/////
/////
/////
/////

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant L. Maurino;

    b. Two copies of the endorsed second amended complaint; and

    c. One completed summons form.

3. Failure to comply with this order will result in defendant Maurino being dismissed from this action.

Dated: November 30, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
witk0232.8e

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| MICHAEL AARON WITKIN, | No. 2:17-cv-0232 JAM CKD P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| M. LEE, et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

\_\_\_\_    completed summons form

\_\_\_\_    completed USM-285 forms

\_\_\_\_    copies of the _____ Amended Complaint

DATED:

_____
Plaintiff

3