IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN,** | Case No. 2:17-cv-00232 JAM CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **M. LEE, et al.,** | |
| Defendants. | |

The Office of the Attorney General is specially appearing in this matter to request an extension of time to execute service waivers. Good cause appearing, the first request for an extension of time in which to execute service waivers for Defendants Lee, Alvarez, Dinh, Matteson, Neuschmid, and Arnold is granted. Defendants Lee, Alvarez, Dinh, Matteson, Neuschmid, and Arnold will have twenty-one days from the date of this order to execute waivers of service.

IT IS SO ORDERED

Dated: November 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1